**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                       :

              Government,                :        24 CR. 354 (RMB)

                       :

    - against -                                        :        **ORDER**

                       :

                       :

JAMIE SULLIVAN,                                          :

                       :

            Defendant.                 :

------------------------------------------------------------------x


       The status conference scheduled for Tuesday, July 9, 2024 at 10:00 A.M. will take

place in Courtroom 17B.


Dated: June 26, 2024
      New York, NY


                                *Richard M. Berman*
                                RICHARD M. BERMAN
                                  U.S.D.J.