# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 31, 2024

**By ECF**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

> **Re: United States v. Jamie Sullivan**
>      24-Cr-354 (RMB)

Dear Judge Berman:

I write to request an adjournment of the upcoming conference scheduled for August 7.  The government does not object to this request.

The parties are actively engaged in plea discussions, and need some additional time to resolve some outstanding matters related to those discussions.  We are requesting that the Court adjourn the status conference to a date the week of September 16 (except for September 20).  If that week is unavailable, we are happy to provide additional availability.

The defense consents to the exclusion of time until the next conference date pursuant to 18 U.S.C. § 3161(h)(7)(a).

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Dana McCann