**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                         :
                      Government,       :       24 CR. 354 (RMB)
                                                                         :
     - against -                                        :       **ORDER**
                                                                         :
                                                                         :
JAMIE SULLIVAN,                                          :
                                                                         :
                      Defendant.          :
------------------------------------------------------------x

        The status conference scheduled for Tuesday, September 17, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: September 10, 2024
       New York, NY

                                                     RICHARD M. BERMAN
                                                    U.S.D.J.