**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 24 CR. 354 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| JAMIE SULLIVAN, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The sentencing scheduled for Wednesday, March 12, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: March 5, 2025
        New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.